

**U.S. Department of Justice**

*Eastern District of California*

*United States Attorney*
McGregor W. Scott
United States Attorney

501 I Street, Suite 10-100                                          916/554-2700

Sacramento, California  95814                                 Fax 916/554-2900
                                                                              TTY 916/554-2855


December 15, 2005

Honorable Kimberly J. Mueller
U. S. Magistrate Judge
501 I Street
Sacramento, California  95814

    Re:  United States v. Saul Baeza
         Magistrate # 04-125-KJM
         <u>Unlawful Flight to Avoid Prosecution</u>

Dear Magistrate Mueller:

    There was filed before you, on May 24, 2004, a complaint for unlawful flight to avoid prosecution.

    We have been notified by the Federal Bureau of Investigation that the subject was located and arrested in Mexico, was extradited, and is in the custody of local authorities.

    Therefore, we respectfully request that the complaint be dismissed and the warrant recalled.

                      Very truly yours,

                      McGREGOR W. SCOTT
                      United States Attorney

                      By <u>/S/ THOMAS E. FLYNN</u>
                         THOMAS E. FLYNN
                      Assistant U.S. Attorney

IT IS SO ORDERED:

                      _____
                      UNITED STATES MAGISTRATE JUDGE

DATED:  December 15, 2005.